No. 03M65. LOGAN *v.* BRIDGEMAN ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 03M66. IN RE KHALID; and

No. 03M67. IN RE EL-BANNA ET AL. Motions for leave to proceed *in forma pauperis* without affidavits of indigency executed by petitioners granted.

No. 128, Orig. ALASKA *v.* UNITED STATES. Report of the Special Master received and ordered filed. Exceptions to the Report, with supporting briefs, may be filed within 45 days. Replies, if any, with supporting briefs, may be filed within 30 days.

No. 03–377. KOONS BUICK PONTIAC GMC, INC. *v.* NIGH. Motion of petitioner to dispense with printing the joint appendix granted.

No. 03–878. CRAWFORD, INTERIM FIELD OFFICE DIRECTOR, PORTLAND, IMMIGRATION AND CUSTOMS ENFORCEMENT, ET AL. *v.* SUAREZ MARTINEZ. Motion of petitioner Crawford to dispense with printing the joint appendix granted.

No. 03–1424. AL-MARRI *v.* RUMSFELD, SECRETARY OF DEFENSE, ET AL. C. A. 7th Cir. Motion of petitioner to expedite consideration of petition for writ of certiorari denied.

No. 03–8253. BITTERMAN *v.* HOFFMAN ET AL. Sup. Ct. Fla. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 901] denied.

No. 03–9116. BASKER *v.* BOYCE ET AL. Sup. Ct. Fla. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until May 17, 2004, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 03–9699. IN RE HARRIS ET AL. Petition for writ of habeas corpus denied.